

**Sara Z. Boriskin, Esquire**
**Managing Partner, New York Office**

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

**\* Deceased**
**\*\*Not Admitted to Practice in New York**

December 10, 2025

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

|  |  |
|---|---|
| **In Re:** | **Mark Metz** |
| **Case No.:** | **24-22980-dsj** |
| **Chapter:** | **13** |
| **Property Address:** | **310 Old Route 304, New City, NY 10956** |

Dear Judge Jones,

This firm represents Selene Finance LP ("Selene") as Servicer for U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, a secured creditor of the above-named Debtor. On February 13, 2025, a Loss Mitigation Order [Doc No. 14] was entered by this Court. We respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding. The Loss Mitigation conference is scheduled for December 17, 2025 at 10:00 AM.

On February 17, 2025, a blank Loss Mitigation Package was emailed to Debtor's Counsel. On March 4, 2025, Debtor's Counsel provided the Debtor's Loss Mitigation Package which was forwarded to Selene for Loss Mitigation review. On or about 5/7/2025, Selene completed the Loss Mitigation review and issued a denial due to failure to provide a completed Financial Package and supporting documentation.

On August 12, 2025, the undersigned provided Debtor's new counsel, Mr. Benjamin Adams, with a copy of the denial letter and a blank package for Debtor to make a fresh submission with updated documents.

On September 5, 2025, Debtor's Counsel provided an updated Loss Mitigation package, which were forwarded to Selene for Loss Mitigation review. On or about September 12, 2025, Selene determined the Loss Mitigation package to be incomplete and requested the following documents by October 11, 2025:

- Borrower - Most recent 1-month, all pages, with rental deposits circled Bank Statement Most recent 1-month, all pages, with rental deposits circled
- Borrower - Need updated Lease agreement with signature and dated by both parties Lease Need updated Lease agreement with signature and dated by both parties
- Contributr - Contributor - signed & dated additional income page of UBAF with SSN Request For Mortg Assistance Contributor - signed & dated additional income page of UBAF with SSN

On October 3, 2025, Debtor provided the requested additional documents, which were forwarded to Selene for review.  On October 14, 2025, Selene advised that the complete Loss Mitigation package has been forwarded to Underwriting for final review and decision.

On October 29, 2025, Selene extended to Debtor a Trial Modification offer, which Debtor has accepted.  The first trial payment is due November 1, 2025, and the final trial payment is due May 1, 2026.

On October 30, 2025, Debtor's counsel advised that Debtor would accept the offer and provided my office with a copy of the signed offer.  The signed Trial Modification Offer was then forwarded to Selene.  We are awaiting Debtor completing the Trial Modification payment for Final Loan Modification offer.

Thank you for your consideration of this matter.  Please do not hesitate to contact me with any questions regarding this matter.

Respectfully,

*/s/  Suzanne Youssef*
Suzanne Youssef, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
syoussef@raslg.com


cc:     Benjamin Adams, Esq. (via ECF) badams@legalaidrockland.org