UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
| MARK J. METZ, | Case No. 24-22980 (DSJ) |
| Debtor. | |

---------------------------------------------------------X

**ORDER DISMISSING CHAPTER 13 CASE**

Upon the application of Mark J. Metz, the debtor herein (the "Debtor"), for dismissal of this chapter 13 case pursuant to 11 U.S.C. § 1307(b); and this case not having been converted at any time to chapter 13 from a case under chapter 7, chapter 11, or chapter 12 of the Bankruptcy Code; and sufficient cause appearing therefor, it is hereby

**ORDERED**, that this chapter 13 case is dismissed pursuant to 11 U.S.C. § 1307(b), effective upon entry of this Order; and it is further

**ORDERED**, that the Standing Chapter 13 Trustee shall, after payment of all allowed administrative expenses, including the Trustee's statutory percentage fee and any allowed compensation and reimbursement of expenses of the Debtor's counsel, return any remaining funds held by the Trustee to the Debtor, shall file a final report and account, and shall thereafter be discharged from all further duties in this case; and it is further

**ORDERED**, that nothing in this Order shall alter, modify, impair, or otherwise affect the loan modification agreement dated May 22, 2026 approved by order of this Court entered August 3, 2026 (ECF No. 64), which shall remain in full force and effect in accordance with its terms notwithstanding the dismissal of this case.

Dated: New York, New York
August 11, 2026

*s/ David S. Jones*
Honorable David S. Jones
United States Bankruptcy Judge